IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

05 AUG 23 P 4:22

UNITED STATES OF AMERICA

v.

CASE NO.: CR205-26

LOUIS M. PARRY

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 23rd day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

    vs.    *    CASE NO. CR205-26

LOUIS M. PARRY    *

    *

    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/23/2005, which is part of the official records of this case.

Date of Mailing: 8/23/05
Date of Certificate: 8/23/05

SCOTT L. POFF, CLERK

By: NITA ROSE

NAME:
1. FRED KRAMER/JOE NEWMAN/LAMAR WALTER
2. LOUIS M. PARRY 406 CEDAR ST. ST. SIMONS ISLDNA, GA. 31522
3. MICHAEL SCHIAVONE
4.
5.
6.
7.

Cert/Copy
- [ ] [✓] District Judge
- [ ] [✓] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [ ] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [ ] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds